IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE THORNTON, | No. CIV S-08-1260-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

   In addition, plaintiff has filed a motion requesting an emergency injunction to prevent his transfer to an out of state facility.  In order to issue findings and recommendations to properly address plaintiff's request, the Clerk of the Court will be directed to randomly assign a

1

District Judge to this matter.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff shall submit within 30 days of the date of this order, a certified copy of his prison trust account statement, or the appropriate filing fee; and

      2.    The Clerk of the Court is directed to randomly assign a District Judge to this case to facilitate the proper handling of plaintiff's request for an emergency injunction.

DATED: June 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE